UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GREGORY MCCLENTY                                             PLAINTIFF

V.                              CIVIL ACTION NO. 3:24-CV-117-KHJ-MTP

UNITED STATES OF AMERICA                       DEFENDANT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant the United States. The Court dismisses all claims against the United States without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 22nd day of November, 2024.

                                                          s/ *Kristi H. Johnson*
                                                          UNITED STATES DISTRICT JUDGE